CRIMINAL COMPLAINT
**(Electronically Submitted)**

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Cynthia Mary Roberson** DOB: 1957; United States<br>**Larry Gantt** DOB: 1956; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**20-02916MJ** |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A) (ii) and 1324(a)(1)(A)(v)(I).

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1 (Felony)** On or about June 25, 2020, in the District of Arizona, **Cynthia Mary Roberson** and **Larry Gantt**, named herein as defendant, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to transport certain illegal aliens, including Pedro Ariel Zelaya-Vasquez and Audelina Rosidalia Perez-Perez; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii) and 1324(a)(1)(A)(v)(I).**

**COUNT 2 (Felony)** On or about June 25, 2020, in the District of Arizona, **Cynthia Mary Roberson** and **Larry Gantt**, knowing and in reckless disregard of the fact that certain illegal aliens, including Pedro Ariel Zelaya-Vasquez had come to, entered and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii).**

**COUNT 2 (Felony)** On or about June 25, 2020, in the District of Arizona, **Cynthia Mary Roberson** and **Larry Gantt**, knowing and in reckless disregard of the fact that certain illegal aliens, including Audelina Rosidalia Perez-Perez, had come to, entered and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about June 25, 2020, in the District of Arizona (Sells), United States Border Patrol Agents (BPA) saw when a Tohono O'odham Police Department (TOPD) Officer stopped a 2017 Buick Encore on FR-19. The agent stopped to assist the officer. The officer said he stopped the Buick the driver failed to signal before stopping or slowing down, and for a stop sign violation. There were five passengers in the back seats who were wearing camouflage clothing. Four of the passengers were still wearing carpet booties. All five passengers admitted they were in the U.S. illegally, including Pedro Ariel Zelaya-Vasquez and Audelina Rosidalia Perez-Perez. The driver was identified as **Cynthia Mary Roberson** and the front seat passenger as **Larry Gantt**.

Pedro Ariel Zelaya-Vasquez was previously removed from the U.S. on September 26, 2012 through San Antonio, Texas. Audelina Rosidalia Perez-Perez was previously removed on October 15, 2018 through Harlingen, Texas.

In a post-*Miranda* statement, **Gantt** said he recently moved from New York to Mesa. **Roberson** asked him if he wanted to go sightseeing. He explained that he remember seeing mile marker four or five and realized he was way too close to the border and told **Roberson** to turn around. Their vehicle overheated and they had to stop to let it cool down. While waiting, a group of individuals asked them for a ride and he agreed to transport them further north. He claimed he did not know they were illegal aliens. **Gantt** claimed because he has never been near the border and he knows nothing about alien smuggling. He added that if he decided to transport illegal aliens and had the knowledge, he would have asked for half of money up front, and collected the rest later.

In a post-*Miranda* statement, **Roberson** said that while they were sightseeing and they had car trouble. **Gantt** was outside the car checking the engine when he got back inside, he said some people were going to help them. She claimed she did not see anyone get in the vehicle and did not know there were people in the back until they were stopped by TOPD.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA JAA/rj | SIGNATURE OF COMPLAINANT<br>RICARDO ISLAVA Digitally signed by RICARDO ISLAVA<br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| **Sworn by telephone** x | |
| SIGNATURE OF MAGISTRATE JUDGE[1)]<br>Leslie A. Bowman | DATE<br>June 26, 2020 |

[1)] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54